UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:

HYPNOTIC TAXI LLC, et al.,

                       Debtors.
------------------------------------------------------------ X
CITIBANK, N.A.,

                       Plaintiff,

       -against-

BOMBSHELL TAXI LLC, et al.,

                       Defendants.
------------------------------------------------------------ X

Chapter 7
Case No. 15-43300 (CEC)

JUDGMENT
18-mc-1977 (BMC)
15-cv-5067(BMC)
17-cv-6619(BMC)

      An Amended Order of Honorable Brian M. Cogan, United States District Judge, having been filed on October 4, 2018, adopting the Proposed Findings and Conclusions of Chief Judge Carla E. Craig, dated July 5, 2018, granting Citibank, N.A.'s motion for summary judgment; and directing the Clerk of Court to enter judgment in favor of Citibank, N.A. in the amount of $43,114,572.02, plus interest in the amount of $4,809,884.16, for a total of $47,924,456.18, against Evgeny Friedman; Taxi Club Management, Inc.; Hypnotic Taxi LLC; Vodka Taxi LLC; Chianti Taxi LLC; Butterfly Taxi LLC; Merlot Taxi LLC; Pinot Noir Taxi LLC; France Taxi LLC; Bourbon Taxi LLC; Iceberg Taxi LLC; Dorit Transit Inc.; Pudding Taxi LLC; Palermo Taxi Inc.; Candy Apple Taxi LLC; VSOP Taxi LLC; Bombshell Taxi LLC; Chopard Taxi Inc.; Hennessey Taxi Inc.; Marseille Taxi LLC; Pointer Taxi Inc.; Cupcake Taxi 2 LLC; Stoli Taxi Inc.; and Milkyway Cab Corp., such liability to be joint and several against each defendant; it is

ORDERED and ADJUDGED that Citibank N.A.'s motion for summary judgment is granted; and that judgment is hereby entered in favor of Citibank, N.A. in the amount of $43,114,572.02, plus interest in the amount of $4,809,884.16, for a total of $47,924,456.18, against Evgeny Friedman; Taxi Club Management, Inc.; Hypnotic Taxi LLC; Vodka Taxi LLC; Chianti Taxi LLC; Butterfly Taxi LLC; Merlot Taxi LLC; Pinot Noir Taxi LLC; France Taxi LLC; Bourbon Taxi LLC; Iceberg Taxi LLC; Dorit Transit Inc.; Pudding Taxi LLC; Palermo Taxi Inc.; Candy Apple Taxi LLC; VSOP Taxi LLC; Bombshell Taxi LLC; Chopard Taxi Inc.; Hennessey Taxi Inc.; Marseille Taxi LLC; Pointer Taxi Inc.; Cupcake Taxi 2 LLC; Stoli Taxi Inc.; and Milkyway Cab Corp., such liability to be joint and several against each defendant.

Dated: Brooklyn, NY  
October 5, 2018

Douglas C. Palmer  
Clerk of Court

By:   /s/*Jalitza Poveda*  
Deputy Clerk